UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nathan Marquis LeBaron,
　　　　Plaintiff,

v.

Tom Hicks, et al.,
　　　　Defendants.

C.A. No 09-11904-NMG

## MOTION TO DISMISS COMPLAINT

COMES NOW, the Plaintiff Nathan Marquis LeBaron and moves The Honorable Judge Nathaniel M. Gorton to enter an <u>order</u> dismissing this entire complaint. As grounds in support of this motion, Plaintiff states:

1. The Court's silence in the face of ongoing retaliations and constructive denial of Plaintiff's motion for restraining order convinces me that the Court itself is against me and is countenancing the virtual death threats, the poisoning of me and the totally illegal deprivation of my papers, etc.

2. The Bill of Rights does not apply to prisoners, and the Constitution is a mythical paper document having no bearing in American prisons.

3. Prison administrations are an out of control totalitarian dictatorship and medical professionals are paid to deny medical care to prisoners in order to save money, or in order to punish specifically targeted prisoners such as myself.

For the above clear, cogent, and convincing reasons, this motion should be <u>ALLOWED IMMEDIATELY</u> without delay, promptly without denial.

Respectfully submitted,

Dated: 5/29/11
May 29th 2011, Sunday

Nathan Marquis LeBaron, Plaintiff
W90128, Souza-Baranowski Corr. Center
P.O. Box 8000, Shirley, MA 01464