**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Nathan Marquis LeBaron
        Plaintiff

   V.

Hicks et al
        Defendants

CIVIL ACTION

NO. 09-11904-NMG

**ORDER OF DISMISSAL**

GORTON, D. J.

In accordance with the Court's Electronic Order dated 6/2/2011, granting Plaintiff's Motion to Dismiss Complaint (Document No. 80), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                              By the Court,

6/2/2011                             /s/ Diep Duong
Date                              Deputy Clerk